459 A.2d 33

Commonwealth v. Romeri.

Appeal of Thomas J. Calnan, Jr., Court Appointed Counsel.

Argued December 15, 1981. Richard J. Orloski, for appellant; William Platt, District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The order of the distinguished Lehigh County Common Pleas Court Judge David E. Mellenberg is affirmed.

JOHNSON, J., concurred in the result.